IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC CLINTON

     Plaintiff,

v.                                                         CASE NO. 4:11cv512-RH/WCS

ELBONIE S. DOPSON et al.,

     Defendants.

_____/

### ORDER OF DISMISSAL

The central issue raised by the complaint in this case is the plaintiff's right to child custody and visitation. The case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. The report and recommendation correctly concludes that the court lacks jurisdiction. *See Ankenbrandt v. Richards*, 504 U.S. 689 (1992). Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on November 23, 2011.

                                                s/Robert L. Hinkle
                                                United States District Judge